No. 216. THE INTERSTATE COMMERCE COMMISSION, APPEL-
LANT, *v.* THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY
COMPANY ET AL. Appeal from the Circuit Court of the United
States for the Northern District of Ohio. Argued April 10

and 11, 1906. Decided May 21, 1906. Decree affirmed with costs by a divided court. (Mr. Justice Holmes took no part in the consideration of this case.) *The Attorney General, Mr. John G. Carlisle* and *Mr. L. A. Shaver* for appellant. *Mr. Adelbert Moot, Mr. George C. Greene, Mr. George W. Wall, Mr. George F. Brownell, Mr. Frederick W. Stevens* and *Mr. Edgar J. Rich* for appellees.